NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA GLADNEY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC., and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No: CV-12-7952 GAF (CWx)<br><br>**ORDER GRANTING STIPULATION TO CONTINUE TRIAL AND RELATED DATES DUE TO ILLNESS OF COUNSEL** |

Pursuant to the stipulation of the parties, and good cause appearing therefore, the Court hereby continues the trial date and associated deadlines in this case as follows:

Discovery Cutoff is hereby continued from 8/30/13 to 12/ 2/13

Motion Cutoff is hereby continued from 9/9/13 to 12/9/13

Last Day For Settlement Conference is hereby continued from 9/20/13 to 1/13/14

Pretrial Documents Due is hereby continued from 9/30/13 to 1/20/14

Pretrial Conference is hereby continued from 10/21/13 to 2/24/14 at 3:30 p.m.

Motions in Limine Hearing is hereby continued from 11/4/13 to 3/3/14

Trial is hereby continued from November 12, 2013 to 3/11/14 at 8:30 a.m.

SO ORDERED.

Dated: July 29, 2013

_____
Hon. Gary A. Feess,
United States District Court