David J. Kaminski (SBN 128509)
Stephen A. Watkins (SBN 205175)
CARLSON & MESSER LLP
5959 W. Century Blvd., Suite 1214
Los Angeles, CA 90045
Telephone: (310) 224-2200
Faxcimile: (310) 242-2222

Attorneys for Defendant
MIDLAND CREDIT MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SARA GLADNEY, | ) Case No: 2-12-cv-07952-GAF-CW |
|---|---|
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| vs. | ) |
| MIDLAND CREDIT MANAGEMENT, INC., and DOES 1-10, inclusive, | ) |
| Defendants. | ) |

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

    PLEASE TAKE NOTICE that this entire action has been settled. The parties anticipate that they will complete the settlement, and file a stipulation of dismissal, within 45 days from the date of this notice.

/ / /

/ / /

/ / /

---

{00011217.DOC;1}　　　　　　　　　　　　　　　　　　　　　　　　NOTICE OF SETTLEMENT

1  In light of the settlement, the parties request that the Court take off
2  calendar all future hearing dates in this case.

3

4  Dated:  November 14, 2013          **TRUEBLOOD LAWFIRM**

5

6                                     By:  /s/ Alexander B. Trueblood
7                                          Alexander B. Trueblood
                                           Attorneys for Plaintiff
8                                          WSARA GLADNEY

9

10

11  Dated:  November 14, 2013          **CARLSON & MESSER LLP**

12

13                                     By:  /s/ David J. Kaminski
14                                          David J. Kaminski
                                            Stephen A. Watkins
15                                          Attorneys for Defendant
16                                          MIDLAND CREDIT MANAGEMENT, INC.

{00011217.DOC;1}                    2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

{00011217.DOC;1}            3