UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA GLADNEY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC., and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No: 2-12-cv-07952-GAF (CWx)<br><br>**ORDER RE: STIPULATION RE: DISMISSAL WITH PREJUDICE PURSUANT TO   FRCP 41(a)(1)(A)(ii)** |

　　　The Court has reviewed the Stipulation of Plaintiff SARA GLADNEY ("Plaintiff") and Defendant MIDLAND CREDIT MANAGEMENT, INC., to dismiss the above-entitled action, with prejudice, in its entirety.  Pursuant to the Joint Motion between the parties, the Court orders as follows:

/ / /

/ / /

/ / /

{Gladney Order Re Dismissal;1}　　　　　　　　　　　　　　　　　　　　　[PROPOSED] ORDER RE:  DISMISSAL

1  That the above-entitled lawsuit is hereby dismissed, with prejudice,
2  pursuant to FRCP 41(a)(1)(A)(ii).

4  **IT IS SO ORDERED**.



6  Dated: April 3, 2014

7  UNITED DISTRICT COURT JUDGE